PAUL R. CORT, State Bar No. 184336
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile:  (510) 550-6749

*Counsel for Defendant-Intervenors*
*Environmental Defense, and Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| THE NATIONAL ASSOCIATION OF HOME BUILDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION DISTRICT; and THE GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>　　　　Defendants,<br><br>　　and<br><br>ENVIRONMENTAL DEFENSE; and SIERRA CLUB,<br><br>　　　　Defendant-Intervenors. | Case No. 1:07−cv−00820−LJO−DLB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING DATE FOR MANDATORY SCHEDULING CONFERENCE**<br><br>Date:　　　　November 4, 2007<br>Time:　　　　8:30 a.m.<br>Courtroom:　4 (LJO)<br>Judge:　　　Hon. Lawrence J. O'Neill |

　　　WHEREAS, on November 27, 2007 at 8:15 a.m., this Court is currently scheduled to hold a mandatory Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

　　　WHEREAS, the parties have agreed to reschedule the date of the Scheduling Conference to accommodate scheduling conflicts of counsel for Defendant-Intervenors.

THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the Scheduling Conference, currently scheduled for November 27, 2007 at 8:15 a.m., be rescheduled to December 4, 2007 at 8:30 a.m.

EARTHJUSTICE

DATED: November 1, 2007    By /s/ Paul Cort
Paul Cort
Counsel for Defendant-Intervenors
ENVIRONMENTAL DEFENSE, and SIERRA CLUB

NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP

DATED: November 1, 2007    By /s/ Paul S. Weiland (as authorized on 11/1/07)
Robert D. Thornton
Paul S. Weiland
Counsel for Plaintiff
THE NATIONAL ASSOCIATION OF HOME BUILDERS

SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT

DATED: November 1, 2007    By /s/ Phillip M. Jay (as authorized on 11/1/07)
Phillip M. Jay
Catherine T. Redmond
Counsel for Defendants
SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and THE GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT

IT IS SO ORDERED.

DATED: 11/5/07    /s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE