1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATIONAL ASSOCIATION OF HOME BUILDERS,<br><br>          Plaintiff,<br>  vs.<br>THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT; et al.,<br><br>          Defendants, | CASE NO. CV F 07-0820 LJO DLB<br><br>**SCHEDULING CONFERENCE ORDER**<br><br>Joint Statement of<br>Undisputed facts:    February 28, 2008<br><br>Plaintiff's Motion for<br>Summary Judgment<br>Filing Deadline:    April 28, 2008<br><br>Defendant's Combined<br>Motion and Opposition<br>Filing Deadline:    June 27, 2008<br><br>Intervenor's Combined<br>Motion and Opposition<br>Filing Deadline:    July 8, 2008<br><br>Plaintiff's Combined<br>Opposition and Reply<br>Filing Deadline:    August 8, 2008<br><br>Defendants' Reply<br>Filing Deadline:    September 9, 2008<br><br>Intervenor's Reply<br>Filing Deadline:    September 17, 2008<br><br>Hearing on Cross<br>Motions for Summary<br>Judgment:    Date: Oct. 30, 2008<br>    Dept.: 4 (LJO)<br>    Time: 8:15 a.m. |

1

This Court conducted a December 4, 2007 scheduling conference. Plaintiff The National Association of Home Builders appeared by counsel Paul Weiland. Defendant The San Joaquin Valley Unified Air Pollution Control District, the Governing Board of the San Joaquin Valley Unified Air Pollution Control District appeared by counsel Catherine Redmond and Phillip Jay. Intervenor-Defendants Environmental Defense and the Sierra Club appeared by telephone by counsel Paul Cort. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

**1.  Consent To Magistrate Judge**

The parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

**2.  Dates for Cross Motions for Summary Judgment**

The parties propose resolving the matter on cross motions for summary judgment. Accordingly, the Court sets the following deadlines.

| | |
|---|---|
| Joint Statement of Undisputed Facts, if any: | February 28, 2008 |
| Plaintiff's Motion for Summary Judgment Filing Deadline: | April 28, 2008 |
| Defendant's Combined Motion and Opposition Filing Deadline: | June 27, 2008 |
| Intervenor's Combined Motion and Opposition Filing Deadline: | July 8, 2008 |
| Plaintiff's Combined Opposition and Reply Filing Deadline: | August 8, 2008 |
| Defendants' Reply Filing Deadline: | September 9, 2008 |
| Intervenor's Reply Filing Deadline: | September 17, 2008 |
| Hearing on Cross Motions for Summary Judgment: | Date: Oct. 30, 2008<br>Dept.: 4 (LJO)<br>Time: 8:15 a.m. |

**3.  Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be

///

///

made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

    Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

**Dated:   December 4, 2007**                     /s/ Lawrence J. O'Neill
                                                         **UNITED STATES DISTRICT JUDGE**